**Sedgwick** LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Thomas R. Orofino*
*212-898-4030*
*thomas.orofino@sedgwicklaw.com*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/11
```

July 11, 2011

**BY FAX**

Hon. Harold Baer
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007
Fax: (212) 805-7901

Re:  *Maclaren Europe Limited v. ACE American Insurance Company*
Index No.:   1:11-cv-04688-HB
Our File No.:   01560-007753

Dear Judge Baer:

This firm represents the defendant, ACE American Insurance Company ("ACE"), in the above-referenced matter currently pending before the Court. The above-referenced matter was removed to this Court on July 7, 2011.

In order to have adequate time to review the claims file associated with this matter and respond to the complaint, plaintiff's counsel previously agreed to an extension of time for ACE to respond to the complaint (see attached stipulation).

Therefore, this request is unopposed and ACE respectfully requests that the Court extend the deadline to respond to plaintiff's complaint from July 14, 2011 to **July 28, 2011**.

Thank you for your consideration.

Very truly yours,

Thomas R. Orofino
Joseph K. Powers

Sedgwick LLP

*[Handwritten: Application granted. SO ORDERED. 7-13-11]*

cc:   Paul S. Hugel, Esq.  Fax: (212) 949-8255
      CLAYMAN & ROSENBERG LLP, *Attorneys for Plaintiff*

NY/718259v1

Joseph K. Powers, Esq.
Thomas R. Orofino, Esq.
SEDGWICK, LLP
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202
Attorneys for Defendant,
*ACE American Insurance Company*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

MACLAREN EUROPE LIMITED,

               Plaintiff,

    -against-

ACE AMERICAN INSURANCE COMPANY, a/k/a
ACE USA

               Defendant.
------------------------------------------------------------X

Index No. 103134/2011

**STIPULATION EXTENDING TIME TO ANSWER**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties, that the time for Defendant, ACE AMERICAN INSURANCE COMPANY, to appear, answer or move with regard to the Complaint is extended up to and including July 28, 2011.

    **IT IS FURTHER STIPULATED AND AGREED** by and between the parties hereto, that facsimile or .pdf format signatures sent by electronic mail shall be deemed as original.

Dated: New York, New York
      June 30, 2011

_____
Paul S. Hugel, Esq.
CLAYMAN & ROSENBERG LLP
*Attorneys for Plaintiff*
305 Madison Avenue - Suite 1301
New York, New York 10165
Fax: (212) 949-8255

_____
Thomas R. Orofino, Esq.
SEDGWICK, LLP
Attorneys for Defendant
*ACE American Insurance Company*
125 Broad Street, 39th Floor
New York, New York 10004
Fax: (212) 422-0925

NY/706264v1