

**Sedgwick** LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

*Thomas Orofino*
thomas.orofino@sdma.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/11
```

August 15, 2011

**BY FAX**

Honorable Harold Baer
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007
Fax: (212) 805-7901

Re:        *Maclaren Europe Limited v. ACE American Insurance Company*
Case No.:   1:11-cv-04688-HB
Our File No.: 01560-007753

Dear Judge Baer:

This firm represents the defendant, ACE American Insurance Company ("ACE"), in the above-referenced matter currently pending before the Court. In accordance with your Honor's individual practice rules, we write to advise the Court that Plaintiff Maclaren Europe Limited has requested an extension, up to and including September 9, 2011, in which to respond to ACE's Motion To Dismiss, filed on July 28, 2011. ACE consents to Plaintiff's request.

Further, both parties have agreed that ACE's reply brief be due on or before October 10, 2011. There has been no Rule 16 conference in this matter, however we received notice today from the Court that the Pre-Trial Conference will be held on October 6, 2011.

We expect the motion to be fully briefed by October 11, 2011. Very truly yours,

T. V.

Thomas Orofino
Sedgwick LLP

cc:   Paul S. Hugel, Esq.  Fax: (212) 949-8255
      CLAYMAN & ROSENBERG LLP, Attorneys for Plaintiff

*The extension is granted. Courtesy copies due in Chambers by October 11, 2011.*

SO ORDERED: /s/ Harold Baer

Harold Baer, Jr., U.S.D.J.

Date: Aug 16, 2011

NY/750065v1

Endorsement:

The extension is granted.  Courtesy copies due in Chambers by October 11, 2011.