UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MACLAREN EUROPE LIMITED,                :
                                        :
               Plaintiff,          :
                                        :    INDEX No. 11 cv 4688 (HB)
   -against-                           :
                                        :    RULE 7.1
ACE AMERICAN INSURANCE COMPANY,         :    DISCLOSURE STATEMENT
a/k/a ACE USA,                          :
                                        :
               Defendant.          :
----------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Maclaren Europe Limited states that its parent corporation is Maclaren Distribution Limited and that no publically owned corporation owns 10% or more of Maclaren Europe's stock.

Dated: New York, New York
       October 7, 2011

                                         CLAYMAN & ROSENBERG LLP
                                         ATTORNEYS FOR PLAINTIFF


                          By:    _____/s_____
                                Paul S. Hugel
                                305 Madison Avenue - Suite 1301
                                New York, New York 10165
                                (212) 922-1080  phone
                                (212) 949-8255  facsimile