# Sedgwick LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

*Thomas Orofino*
*thomas.orofino@sedgwicklaw.com*

October 14, 2011

**BY FAX**

Honorable Harold Baer
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007
Fax: (212) 805-7901

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/11
```

Re:          *Maclaren Europe Limited v. ACE American Insurance Company*
Case No.:    1:11-cv-04688-HB
Our File No.: 01560-007753

Dear Judge Baer:

This firm represents the defendant, ACE American Insurance Company ("ACE"), in the above-referenced matter currently pending before the Court. In accordance with your Honor's individual practice rules, we write to advise the Court that on July 28, 2011, ACE filed their Motion to Dismiss.

On October 7, 2011, Plaintiff Maclaren Europe Limited filed their opposition to ACE's Motion to Dismiss. ACE shall submit their reply brief on or before November 11, 2011. Both Plaintiff and Defendant agree to this briefing schedule and request oral argument.

We expect the motion to be fully briefed by November 14, 2011.

Very truly yours,

*T. [signature]*

Thomas Orofino
Sedgwick LLP

cc:   Paul S. Hugel, Esq. Fax: (212) 949-8255
      CLAYMAN & ROSENBERG LLP, Attorneys for Plaintiff

[Handwritten note from Judge Baer, dated 10/18/11: "Did your pentage that this stand for your M/D to be fully briefed & filed 8/26/11 was pursuant to this endorsement, over a month ago — you still have time for a M/S/D which is due fully briefed on 6/11/12 according to the PTSO. SO ORDERED Harold Baer USDJ"]

NY/753359v1

Endorsement:

    Did you realize that the time for your motion to dismiss to be fully briefed and filed was, pursuant to the August 16, 2011 endorsement, over a month ago - you still have time for a motion for summary judgment which is due fully briefed according to the pre trial scheduling order on June 11, 2012.