# Sedgwick LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com    212.422.0202 *phone*    212.422.0925 *fax*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/11
```

*Thomas Orofino*
thomas.orofino@sedgwicklaw.com

November 10, 2011

**BY FAX**

Honorable Harold Baer
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007
Fax: (212) 805-7901

Re:   *Maclaren Europe Limited v. ACE American Insurance Company*
Case No.:       1:11-cv-04688-HB
Our File No.:   01560-007753

Dear Judge Baer:

This firm represents the defendant, ACE American Insurance Company ("ACE"), in the above-referenced matter currently pending before the Court. We write in order to request permission to withdraw ACE's pending Motion to Dismiss.

On October 20, 2011, your Honor responded to our October 19, 2011 letter which addressed ACE's Motion to Dismiss briefing schedule (See Attachment "A"). Specifically, your Honor stated that is was likely that any decision on ACE's Motion to Dismiss would come "while you are gearing up for the motion for summary judgment and just provide more hours of work for all of us..." After discussing this issue with Plaintiff, both parties agree that withdrawing ACE's Motion to Dismiss and proceeding towards potential summary judgment would be the most efficient approach to resolve this case.

On November 9, 2011, we discussed this matter with your Honor's law clerk, Eric Malis. Mr. Malis directed us to submit this letter regarding our request to withdraw ACE's Motion to Dismiss.

Therefore, we respectfully request permission to withdraw ACE's Motion to Dismiss and proceed with discovery. Accordingly, ACE shall submit an answer after the motion has been withdrawn.

Very truly yours,

T.                  [signature]

Thomas Orofino
Sedgwick LLP

NY/755268v1

*[Handwritten annotation: permission granted to answer after papers.]*

SO ORDERED:

[signature]
Harold Baer, Jr., U.S.D.J.
Date: 11/19/11

Endorsement:

    Permission to withdraw granted.  I anxiously await summary judgment papers.

Case 1:11-cv-04688-HB   Document 17   Filed 11/21/11   Page 2 of 2