AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Maclaren Europe Limited | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11 cv 04688 |
| ACE American Insurance Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maclaren Europe Limited

Date:   11/29/2011

*Attorney's signature*

Paul Hugel (PH4749)
*Printed name and bar number*
Clayman & Rosenberg
305 Madison Avenue - Ste 1301
New York, New York 10165

*Address*

hugel@clayro.com
*E-mail address*

(212) 922-1080
*Telephone number*

(212) 949-8255
*FAX number*