# DENIS PATRICK KELLEHER, ESQ., PLLC

Denis Patrick Kelleher, Esq.
dpk@dkesq.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/12

60 East 42nd Street, Suite 1301
New York, NY 10165

212-922-1080 (work)
212-949-8255 (fax)
917-364-9484 (cell)

VIA FACSIMILE

March 21, 2012

Hon. Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax# 212-805-7901

      Re:    Maclaren Europe Limited v. ACE Americna Insurance Company
               11-cv-4688 (HB)

Dear Judge Baer:

     I am the attorney for Farzard Rastegar ("Rastegar") who received a non-party subpoena in the above-referenced matter. I write on behalf of Rastegar to seek a one day extension of time. On March 12th we had a conference call with the Court regarding the dispute between ACE and Rastegar over this subpoena and the filing of a motion to compel. The Court gave me 10 days from March 12th to submit papers on this issue. I am asking until March 23, 2012 to file my papers as some personal matters have arisen since March 12th, including but not limited to, a funeral service I must attend tomorrow.

     I have conferred with ACE's attorney, Greg Lahr, regarding this application, and he has no objection. Thank you for your consideration in this matter.

Respectfully submitted,

/s/

Denis P. Kelleher (DK-1414)

Cc:    Greg Lahr, Esq. (via email)
        Paul Hugel, Esq. (via email)

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
3/22/12