```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MACLAREN EUROPE LIMITED,

      Plaintiff,

 -against-            11 Civ. 4688 (HB)

ACE AMERICAN INSURANCE COMPANY,  ORDER

      Defendant.
------------------------------------------------------------X

**Hon. HAROLD BAER, JR., District Judge:**

  WHEREAS on March 12, 2012, the Court held a telephone conference with the parties regarding a subpoena of non-party Farzad Rastegar and other discovery matters; and

  WHEREAS the parties and Mr. Rastegar have since submitted to the Court their respective positions; and

  WHEREAS the Court adopts Defendant ACE American Insurance Company's letter of March 26, 2012, it is hereby

  ORDERED that Mr. Rastegar shall appear for a deposition and disclose materials regarding his control of or ownership interest in companies related to the Maclaren operation as described in ACE's March 26 letter; and it is further

  ORDERED that Mr. Rastegar shall disclose such other materials described by ACE that relate to the relationship between these companies and others that are relevant to the insurance procurement, the relationship with brokerage firms, and the policy cancellation; and it is further

  ORDERED that the deposition and documents will all be delivered and taken on or before May 2, 2012.

**SO ORDERED.**

New York, New York
April 26, 2012

                   /s/ Harold Baer, Jr.
                   **HAROLD BAER, JR.**
                   **United States District Judge**