IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACLAREN EUROPE LIMITED,<br><br>     Plaintiff,<br><br>-against-<br><br>ACE AMERICAN INSURANCE COMPANY, a/k/a ACE USA,<br><br>     Defendant. | Index No.: 11-cv-4688 (HB) |

## DECLARATION OF ROBERTA NAPOLITANO, ESQ.

ROBERTA NAPOLITANO, ESQ. pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury that the following is true:

1. I am an attorney licensed to practice before the courts of Connecticut, and am in good standing before the Connecticut Bar.

2. On December 29, 2011, American Baby Products. Inc. (a/k/a Maclaren USA, Inc.) ("MUSA") filed a petition under Chapter 7, Title 11 of the United States Bankruptcy Code, and I was appointed to serve as Trustee of the Estate.

3. In my capacity as the Trustee of the Estate, I have received Subpoenas Duces Tecum served by ACE American Insurance Company ("ACE").

4. By email dated May 9, 2012, from Douglas S. Skalka of Neubert, Pepe & Monteith, P.C., bankruptcy counsel for MUSA, I was advised that there were thirty-five boxes of documents of MUSA's records that remained to be turned over to me as the Trustee of the Estate.

5. I reviewed the documents contained in those boxes, and on June 8, 2012, produced documents to ACE which were responsive to its Subpoenas.

NY/948956v1

6.  Included in the documents that were produced to ACE, which was located with MUSA's documents, was a Cancellation Notice dated June 27, 2006, preceded by a cover page titled "International Advantage Commercial Insurance Policy Endorsements," and a page of defined terms. On the cover page it appears to be written: "7/5/06 Phone Rana – He's taking care of this. <u>Firm</u>." A true and correct copy of the four pages is attached hereto as Exhibit 1.

So Sworn this 13th day of June, 2012

                                    I declare under penalty of perjury that the foregoing is true and correct.

_____
Roberta Napolitano, Esq

Exhibit 1

Case 1:11-cv-04688-HB   Document 31   Filed 06/13/12   Page 3 of 7



**ace usa**

*1/3/06*
*Phone Paria*
*Here taking care*
*of this. FIRM*

# International Advantage

## Commercial Insurance Policy Endorsements

IT1111   02-2005           Page 1   of 2           JXM  06-27-2006

## INTRODUCTION

This(ese) are your commercial insurance policy endorsements. They modify your coverage, please read them carefully. They may also add coverages to your existing policy.

**You, Your, We, Us, and Our**

Throughout the policy and applicable endorsements, the terms "you" and "your" mean the person, people, or organization shown as the Named Insured in the Declarations. "We," "us," and "our" mean the insurance company issuing this policy. Besides you, there may be other people "insured" under certain parts of the policy.

**Word in Quotation Marks**

Words and phrases that appear in quotation marks have the special meaning given to them in the Section - DEFINITIONS of the coverage form in which they appear.

**Insured**

The word "insured" means any person or organization qualifying as such under the WHO IS AN INSURED sections of the coverage form in which they appear.

By signing and delivering the endorsement(s) to you, we state that it is a valid contract when counter-signed by our authorized representative.

ACE AMERICAN INSURANCE COMPANY

GEORGE D. MULLIGAN, Secretary          JOHN J. LUPICA, President



## ace usa

# CANCELLATION NOTICE

ACE AMERICAN INSURANCE COMPANY

You are notified that we are herewith cancelling your policy indicated below, in accordance with its terms, and all liability thereunder will terminate, effective as stated below. Unearned premium, if any (if not tendered), will be refunded on demand.

Policy Number: PHFD36824268

Policy Term: 04/10/06 TO 04/10/07

Prepared by the ACE office located:
1 BEAVER VALLEY ROAD
WILMINGTON, DE 19803
Contact telephone number: 800.204.0518
Effective date of Cancellation: July 10, 2006

Notice is null and void if payment is received by effective date.
Cancelled location if different from insured's address:

INSURED NAME AND ADDRESS:
   Maclaren Europe Limited  & Maclaren Hong Kong Limi

   4 Testa Place
   Nowalk, CT 06854

PRODUCER NAME AND ADDRESS:
   Program Brokerage

   1065 Ave of the America
   New York, NY 10018

MORTGAGEE OR LOSS PAYEE:                MORTGAGEE OR LOSS PAYEE:

RETURN PREMIUM: $

CANCELLATION BASIS:PRO RATA     CANCELLATION FACTOR:
                                0.751
                                DUE TO NON PAYMENT

IT2X83   01-2003              Page 1 of 1                JXM  06-27-2006

## INTRODUCTION

This(ese) are your commercial insurance policy endorsements. They modify your coverage, please read them carefully. They may also add coverages to your existing policy.

**You, Your, We, Us, and Our**

Throughout the policy and applicable endorsements, the terms "you" and "your" mean the person, people, or organization shown as the Named Insured in the Declarations. "We," "us," and "our" mean the insurance company issuing this policy. Besides you, there may be other people "insured" under certain parts of the policy.

**Word in Quotation Marks**

Words and phrases that appear in quotation marks have the special meaning given to them in the Section - DEFINITIONS of the coverage form in which they appear.

**Insured**

The word "insured" means any person or organization qualifying as such under the WHO IS AN INSURED sections of the coverage form in which they appear.

By signing and delivering the endorsement(s) to you, we state that it is a valid contract when counter-signed by our authorized representative.

**ACE AMERICAN INSURANCE COMPANY**

*[Signature]*
GEORGE D. MULLIGAN, Secretary

*[Signature]*
JOHN J. LUPICA, President