PAUL S. HUGEL (PH4749)
CLAYMAN & ROSENBERG LLP
305 Madison Avenue – Ste 1301
New York, New York 10165
(212) 922-1080 telephone
(212) 949-8255 facsmile

*Attorneys for Plaintiff*
*Maclaren Europe Limited*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MACLAREN EUROPE LIMITED,                          :
                                                  :
                              Plaintiff,          :       NOTICE OF MOTION
                                                  :
        -against-                                 :
                                                  :       INDEX No. 11 cv 4688 (HB)
ACE AMERICAN INSURANCE COMPANY,                   :
a/k/a ACE USA,                                    :
                                                  :
                              Defendant.          :
-----------------------------------------------------------------x

To:   Sedgwick LLP
      125 Broad Street, 39th Fl.
      New York, New York 10004
      *Attorneys for Defendant*

Plaintiff Maclaren Europe Limited, by and through its attorneys, Clayman & Rosenberg LLP., upon the Declaration of Paul Hugel dated June 13, 2012, the exhibits thereto, the accompanying Memorandum of Law and all of the prior pleadings and proceedings in this action, hereby requests that the Court enter an order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment in favor of Plaintiff and declaring that the policy of insurance issued by defendant ACE American Insurance Company to Plaintiff effective April 10, 2006, remained in full force and effect through April 10, 2007.

Dated: New York, New York
       June 13, 2012

                        CLAYMAN & ROSENBERG LLP
                        ATTORNEYS FOR PLAINTIFF

                 By:      /s
                        Paul S. Hugel (PH4749)
                        305 Madison Avenue - Suite 1301
                        New York, New York 10165
                        (212) 922-1080  phone
                        (212) 949-8255  facsimile