IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MACLAREN EUROPE LIMITED,

                              Plaintiff,

        -against-

ACE AMERICAN INSURANCE COMPANY,
a/k/a ACE USA,

                              Defendant.

Index No.: 11-cv-4688 (HB)

## DECLARATION OF J. GREGORY LAHR, ESQ.

J. GREGORY LAHR, pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury that the following is true:

1.      I am a partner with the firm Sedgwick LLP, attorneys for Defendant ACE American Insurance Company ("ACE") in this action.

2.      I am admitted to practice before, and am in good standing with, the courts of the State of New York.

3.       The statements made herein are true based upon my own personal knowledge and/or upon information and belief.

4.      I submit this Declaration in support of ACE's opposition to Plaintiff's motion for summary judgment.

5.      Attached hereto as Exhibit A is a true and correct copy of a TD Bank statement for Sahgner Risk Managers, LLC dated March 31, 2006, previously attached within Exhibit 4 to my Declaration dated June 13, 2012.

6.      Attached hereto as Exhibit B is a true and correct copy of a TD Bank statement for I. S. Sahni Inc. dated February 28, 2006, previously attached within Exhibit 4 to my Declaration dated June 13, 2012.

7.      Attached hereto as Exhibit C is a true and correct copy of a TD Bank statement for Sahgner Risk Managers, LLC dated February 28, 2006, previously attached within Exhibit 4 to my Declaration dated June 13, 2012.

So Sworn this 25 day of June, 2012

I declare under penalty of perjury that the foregoing is true and correct.

_____
C. Gregory Lahr, Esq.

# <u>EXHIBIT A</u>

```
            SAHGNER RISK MANAGERS LLC                          02/28/06
            120 BROADWAY STE #3700
            NEW YORK NY  10271                       ---

                                                               7919521208


        4                                                      CYCLE-010
*** CHECKING *** NY BUSINESS
ACCOUNT NUMBER   7919521208
PREVIOUS STATEMENT BALANCE AS OF 01/31/06 .......................    1,675.00
     PLUS     7  DEPOSITS AND OTHER CREDITS ...................    100,925.62
     LESS    14  CHECKS AND OTHER DEBITS .....................     91,410.00
CURRENT STATEMENT BALANCE AS OF 02/28/06 ......................     11,190.62
NUMBER OF DAYS IN THIS STATEMENT PERIOD    28


-------------------------------------------------------------------------
*** CHECK TRANSACTIONS ***
     SERIAL    DATE          AMOUNT        SERIAL    DATE        AMOUNT
        105   02/13        2,000.00      12088600*   02/13      2,000.00
     11903006* 02/16       5,000.00


-------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
 DATE             DESCRIPTION               DEBITS          CREDITS
02/06 XFER TO ACCT   CK-007910107130         500.00
02/07 XFER TO ACCT   CK-007910107130         500.00
02/10 DEPOSIT                                              6,850.00
02/14 DEPOSIT                                              1,956.62
02/14 DEPOSIT                                              4,874.00
02/14 DEPOSIT                                              4,874.00
02/16 DEPOSIT                                             32,400.00
02/21 DEBIT MEMO                          17,500.00
02/21 XFER TO ACCT   CK-007910028807       8,000.00
02/22 WIRE TRANSFER001309                                 44,971.00
02/22 WIRE TRANSFER FEE001309                 10.00
02/22 XFER TO ACCT   CK-007910028807       2,000.00
02/23 XFER TO ACCT   CK-007919521190       5,000.00
02/23 XFER TO ACCT   CK-007910028807      10,000.00
02/24 XFER TO ACCT   CK-007910028807       2,500.00
02/24 XFER TO ACCT   CK-007910026405      35,000.00
02/27 XFER TO ACCT   CK-007910026405       1,400.00
02/28 DEPOSIT                                              5,000.00


-------------------------------------------------------------------------
*** BALANCE BY DATE ***
01/31    1,675.00  02/06    1,175.00  02/07      675.00  02/10    7,525.00
02/13    3,525.00  02/14   15,229.62  02/16   42,629.62  02/21   17,129.62
02/22   60,090.62  02/23   45,090.62  02/24    7,590.62  02/27    6,190.62
02/28   11,190.62
```

# EXHIBIT B

```
                                                     --- ---
          SAHGNER RISK MANAGERS LLC                                   03/31/06
          120 BROADWAY STE #3700                       ---
          NEW YORK NY  10271

                                                                   7919521208


          2                                                    CYCLE-010
*** CHECKING *** NY BUSINESS
ACCOUNT NUMBER   7919521208
PREVIOUS STATEMENT BALANCE AS OF 02/28/06 .......................    11,190.62
     PLUS     10  DEPOSITS AND OTHER CREDITS ...................     33,073.30
     LESS     19  CHECKS AND OTHER DEBITS .....................     41,818.70
CURRENT STATEMENT BALANCE AS OF 03/31/06 .......................      2,445.22
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31


-----------------------------------------------------------------------------
*** CHECK TRANSACTIONS ***
     SERIAL   DATE         AMOUNT        SERIAL   DATE         AMOUNT
       106   03/10       2,681.22          108   03/14       1,428.49
       107   03/08       8,599.99


-----------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
  DATE              DESCRIPTION             DEBITS          CREDITS
03/01 XFER TO ACCT    CK-007910028807       1,000.00
03/01 XFER TO ACCT    CK-007910028807       1,000.00
03/02 DEPOSIT                                               1,564.79
03/06 WIRE TRANSFER001148                                 17,641.04
03/06 WIRE TRANSFER FEE001148                  10.00
03/07 XFER TO ACCT    CK-007910028807      12,000.00
03/08 XFER TO ACCT    CK-007910028807       2,000.00
03/09 CREDIT MEMO                                            500.00
03/09 UNAVAILABLE FUNDS FEE                    33.00
03/10 RETURNED CHECK # 00000106                            2,681.22
03/13 NSF FEE                                  33.00
03/14 DEPOSIT                                               1,200.00
03/14 RETURNED CHECK # 00000108                            1,428.49
03/15 DEPOSIT                                               4,021.51
03/15 NSF FEE                                  33.00
03/16 DEPOSIT                                                333.00
03/16 XFER TO ACCT    CK-007910026405         250.00
03/16 XFER TO ACCT    CK-007910028807       5,000.00
03/20 DEBIT MEMO                              300.00
03/21 DEPOSIT                                               1,350.00
03/22 XFER TO ACCT    CK-007919521190       1,200.00
03/23 XFER TO ACCT    CK-007910028807       1,250.00
03/23 XFER TO ACCT    CK-007910026405       4,000.00
03/24 XFER TO ACCT    CK-007910028807         500.00
03/24 XFER TO ACCT    CK-007910028807         500.00
03/30 DEPOSIT                                               2,353.25


-----------------------------------------------------------------------------
*** BALANCE BY DATE ***
02/28   11,190.62  03/01    9,190.62  03/02   10,755.41  03/06   28,386.45
03/07   16,386.45  03/08    5,786.46  03/09    6,253.46  03/13    6,220.46
03/14    7,420.46  03/15   11,408.97  03/16    6,491.97  03/20    6,191.97
03/21    7,541.97  03/22    6,341.97  03/23    1,091.97  03/24       91.97
03/30    2,445.22
```

# EXHIBIT C

```
                                        --- ---                    02/28/06
        I S SAHNI INC
        FIDUCIARY ACCOUNT                  ---
        120 BROADWAY                       ---
        SUITE 3700
        NEW YORK NY  10271                                        7910026405


        6                                                         CYCLE-010
*** CHECKING *** BUSINESS
ACCOUNT NUMBER   7910026405
PREVIOUS STATEMENT BALANCE AS OF 01/31/06 ......................    4,907.93-
    PLUS       8  DEPOSITS AND OTHER CREDITS ...................   46,283.26
    LESS      11  CHECKS AND OTHER DEBITS .....................    41,795.71
    LESS          CYCLE SERVICE CHARGE        .....................    25.00
CURRENT STATEMENT BALANCE AS OF 02/28/06 ........................     445.38-
NUMBER OF DAYS IN THIS STATEMENT PERIOD   28
```

```
------------------------------------------------------------------------------
*** CHECK TRANSACTIONS ***
    SERIAL    DATE        AMOUNT        SERIAL    DATE        AMOUNT
    1098    02/24      2,384.31        1102*    02/23      7,500.00
    1099    02/22      1,026.90        1104*    02/28        565.00
    1100    02/23     26,997.50     483001038*  02/21      1,890.00
```

```
------------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
DATE        DESCRIPTION                      DEBITS          CREDITS
02/17  DEPOSIT                                               1,308.26
02/21  CREDIT MEMO                                           5,000.00
02/21  XFER FROM ACCT CK-007910028807                          500.00
02/23  XFER FROM ACCT CK-007910028807                        2,000.00
02/23  OVERDRAFT FEE                          33.00
02/24  XFER FROM ACCT CK-007919521208                       35,000.00
02/24  OVERDRAFT FEE                          66.00
02/24  XFER TO ACCT    CK-007910028807       500.00
02/24  XFER TO ACCT    CK-007910028807       800.00
02/27  XFER FROM ACCT CK-007910107130                          575.00
02/27  XFER FROM ACCT CK-007919521208                        1,400.00
02/27  OVERDRAFT FEE                          33.00
02/28  XFER FROM ACCT CK-007910028807                          500.00
02/28  CYCLE SERVICE CHARGE                   25.00
```

```
------------------------------------------------------------------------------
*** BALANCE BY DATE ***
01/31     4,907.93- 02/17     3,599.67- 02/21        10.33 02/22     1,016.57-
02/23    33,547.07- 02/24     2,297.38- 02/27       355.38- 02/28      445.38-
```