PAUL S. HUGEL (PH4749)
CLAYMAN & ROSENBERG LLP
305 Madison Avenue – Ste 1301
New York, New York 10165
(212) 922-1080 telephone
(212) 949-8255 facsmile

*Attorneys for Plaintiff*
*Maclaren Europe Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MACLAREN EUROPE LIMITED,                  :
                                          :
                    Plaintiff,            :
                                          :   INDEX No. 11 cv 4688 (HB)
      -against-                           :
                                          :
ACE AMERICAN INSURANCE COMPANY,           :
a/k/a ACE USA,                            :
                                          :
                    Defendant.            :
-----------------------------------------------------------------x

REPLY DECLARATION OF PAUL HUGEL
IN FURTHER SUPPORT OF PLAINTIFF'S MOITON FOR SUMMARY JUDGMENT

      PAUL HUGEL, pursuant to 28 U.S.C. § 1746, hereby declares:

      1.     I am a member of the law firm of Clayman & Rosenberg LLP, attorneys for Plaintiff Maclaren Europe Limited ("MEL") in the above captioned matter. I offer this Declaration in support of Plaintiff's motion for summary judgment. The statements contained herein are based upon my own personal knowledge or upon information and belief.

      2.     True and complete copies of the following documents are annexed to this Declaration as set forth below:

      Exhibit 1     An opinion letter issued by the New York State Department of Insurance Office of General Counsel dated February 8, 1982.

| | |
|---|---|
| Exhibit 2 | The decision of the British Privy Council in *Zeller v. British Caymanian Insurance Company Ltd* [2008] UKPC 4 (16 January 2008). |
| Exhibit 3 | Documents from MEL's records consisting of a fax cover sheet dated October 2, 2006 and five pages of documents. The fax cover sheet indicates that the fax was sent by Maclaren USA to Mark Woollern at MEL and that they were subsequently faxed by Woollven to Rana Sahni with the note "Can you please look at the following pages from ACE and advise." |
| Exhibit 4 | A letter from Rana Sahni to Helen Lynch at MEL dated March 7, 2005 with a cover sheet indicating that it was transmitted by facsimile from Rana Sahni in New York to Helen Lynch in England. |
| Exhibit 5 | Email from Sahni to MEL's Controller Mark Woollvern dated December 1, 2006, in which Sahni indicates that the ACE policy was still in effect; and other emails from 2007 and 2008 to and from MEL indicating that MEL believed the policy remained in effect for its full term. |

3. For the reasons set forth in the accompanying Memorandum of Law, we

respectfully request that the Court grant Plaintiff's motion for summary judgment.

Dated: New York, New York
June 25, 2012

I declare under penalty of perjury that the foregoing is true and correct.

/s
_____
Paul Hugel