IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MACLAREN EUROPE LIMITED,

         Plaintiff,

-against-

ACE AMERICAN INSURANCE COMPANY,
a/k/a ACE USA,

         Defendant.

Index No.: 11-cv-4688 (HB)

**NOTICE OF CHANGE OF ADDRESS**

      **PLEASE TAKE NOTICE THAT**, effective October 15, 2012, Sedgwick LLP has changed its address from 125 Broad Street, 39th Fl., New York, NY 10004 to 225 Liberty Street, 28th Fl., New York, NY 10281. All future reference to the firm in this matter should be directed to Sedgwick LLP at 225 Liberty Street, 28th Fl., New York, NY 10281. The firm and its lawyers' phone numbers, fax numbers and email addresses have not been affected by this change.

Dated: New York, New York
       October 12, 2012

                                SEDGWICK LLP

                                /s/ _____
                                Joseph K. Powers (JP5504)
                                J. Gregory Lahr (JL9969)
                                Thomas R. Orofino (TO6171)
                                125 Broad Street, 39th Floor
                                New York, NY 10004
                                Telephone: (212) 422-0202
                                Facsimile: (212) 422-0925
                                Thomas.Orofino@sedgwicklaw.com
                                Gregory.Lahr@sedgwicklaw.com
                                Joseph.Powers@sedgwicklaw.com

                                *Attorneys for Defendant*
                                *ACE American Insurance Company*

NY/1113603v1

To:   Paul S. Hugel, Esq.
      CLAYMAN & ROSENBERG LLP
      Attorneys for Plaintiff
      Maclaren Europe Limited
      305 Madison Avenue – Suite 1301
      New York, New York 10165
      Telephone: (212) 922-1080
      Facsimile: (212) 949-8255

## CERTIFICATE OF SERVICE

I, Thomas R. Orofino, hereby certify and affirm that a true and correct copy of the attached NOTICE OF CHANGE OF ADDRESS was served by ECF on October 12, 2012 upon the following:

>Paul S. Hugel, Esq.
>CLAYMAN & ROSENBERG LLP
>Attorneys for Plaintiff
>Maclaren Europe Limited
>305 Madison Avenue – Suite 1301
>New York, New York 10165
>Telephone: (212) 922-1080
>Facsimile: (212) 949-8255

/s/ _____
Thomas R. Orofino (TO6171)