USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MACLAREN EUROPE LIMITED,
                Plaintiff,

-against-

ACE AMERICAN INSURANCE COMPANY,
                Defendant.
------------------------------------------------------------X

11 **CIVIL** 4688 (HB)

**JUDGMENT**

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Harold Baer, Jr., United States District Judge, and the Court, on November 5, 2012, having rendered its Opinion and Order granting MEL's motion for summary judgment, denying ACE's motion, and charging ACE with receipt of the premium, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 5, 2012, MEL's motion for summary judgment is granted, and ACE's motion is denied; ACE is charged with receipt of the premium; accordingly, the case is closed.

**Dated:** New York, New York
        November 8, 2012

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
        **BY:**
                                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____