UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACLAREN EUROPE LIMITED,<br><br>                Plaintiff,<br><br>  -against-<br><br>ACE AMERICAN INSURANCE COMPANY,<br>a/k/a ACE USA,<br><br>                Defendant. | Index No.: 11-cv-4688 (HB)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that defendant ACE American Insurance Company ("ACE") hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of Judge Harold Baer, Jr., U.S.D.J., filed in this case on November 5, 2012, and from the Judgment entered in this case on November 8, 2012, granting plaintiff's motion for summary judgment and denying ACE's motion for summary judgment. (Doc. Nos. 75 & 76).

Dated: December 5, 2012
       New York, New York

                                    SEDGWICK LLP

                                    Joseph K. Powers (JP 5504)
                                    J. Gregory Lahr (JL 9969)
                                    Thomas R. Orofino (TO 6171)
                                    225 Liberty Street, 28th Floor
                                    New York, New York 10281-1008
                                    Telephone: (212) 422-0202
                                    Facsimile: (212) 422-0925

                                    *Attorneys for Defendant*
                                    *ACE American Insurance Company*

## CERTIFICATE OF SERVICE

I, Thomas R. Orofino, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEAL** was served via regular mail on this 5th day of December, upon the following:

>Paul S. Hugel
>CLAYMAN & ROSENBERG LLP
>305 Madison Avenue—Suite 1301
>New York, New York 10165
>P: (212) 922-1080
>F: (212) 949-8255
>*Attorneys for Plaintiff*
>*Maclaren Europe Limited*

_____
Thomas R. Orofino (TO 6171)