N.Y.S.D. Case #
11-cv-4688(HB)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand and fourteen.

_____

MacLaren Europe Limited,

Plaintiff-Appellee,

v.

Ace American Insurance Company,

Defendant-Appellant.

_____

STATEMENT OF COSTS

Docket No. 12-4844

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 10, 2014

 IT IS HEREBY ORDERED that costs are to be taxed in the amount of $195.80 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/10/2014